## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **MISCELLANEOUS ACTION** |
| **VERSUS** | **NO. 26-113** |
| **SUSAN HUTSON, in her official capacity as ORLEANS PARISH SHERIFF** | **SECTION "O"** |

## ORDER OF REFERENCE

**IT IS ORDERED** that, pursuant to 28 U.S.C. § 636(b), the above-captioned miscellaneous matter, in which the United States petitions to enforce administrative subpoenas issued to respondent, Susan Hutson, in her official capacity as Orleans Parish Sheriff, is hereby **REFERRED** to United States Magistrate Judge Eva J. Dossier.

New Orleans, Louisiana, this 22nd day of January, 2026.

_____
BRANDON S. LONG
UNITED STATES DISTRICT JUDGE