MINUTE ENTRY
DOSSIER, M.J.
February 10, 2026
MJSTAR: 00:06

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 26-113 |
| SUSAN HUTSON | SECTION: "O" (3) |

## STATUS CONFERENCE

Courtroom Deputy:   Reianda Rousseau

APPEARANCES:   Brock Dupre, Counsel for Plaintiff
Tracey J. Comeaux, Counsel for Defendant

Case called at 2:00 p.m.
All present and ready. Counsel made their appearances for the record.
Show Cause Hearing is set for **TUESDAY, MARCH 17, 2026, at 2:00 p.m.**
Deadlines set, court order to follow.
Court adjourned at 2:06 p.m.