UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | MISCELLANEOUS CASE |
| VERSUS | NO. 26-0113 |
| SUSAN HUTSON, in her official capacity as ORLEANS PARISH CRIMINAL SHERIFF | SECTION: "O" (3) |

### ORDER SETTING HEARING

Petitioner filed the instant action on January 16, 2026. The Court held a status conference with the parties on February 10, 2026, to select a hearing date and set a briefing schedule relative to the Petition (R. Doc. 1).

**IT IS ORDERED** that an evidentiary show-cause hearing is scheduled for **Tuesday March 17, 2026, at 2:00 p.m.**, before the undersigned magistrate judge, Courtroom B-305, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana. The purpose of the hearing is to give respondent an opportunity to show cause as to why she should not be compelled to comply with the 20 administrative subpoenas served upon her by Petitioner between October 2025 and January 2026.

**IT IS FURTHER ORDERED** that the following pre-hearing deadlines are set:

1. Defendant's Answer to the Petition (R. Doc. 1) must be filed no later than **Tuesday March 3, 2026.**

2. Petitioner's Reply to Defendant's Answer may be filed no later than **Tuesday March 10, 2026.**

2

3. Parties shall exchange and file witness lists no later than **Tuesday March 3, 2026.**

New Orleans, Louisiana, this 23rd day of February, 2026.

_____
EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE