## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 26-113** |
| v. | * | **SECT. O(3)** |
| **SUSAN HUTSON, in her official capacity as ORLEANS PARISH CRIMINAL SHERIFF** | * | **JUDGE LONG** |
| | * | **MAG. JUDGE DOSSIER** |

### JOINT STIPULATION

**NOW INTO COURT,** through the undersigned counsel, come Petitioner, the United States of America, and respondent, Susan Hutson in her official capacity as Orleans Parish Criminal Sheriff, and respectfully submit their joint stipulation on admissibility and authenticity of evidence in advance of the March 17, 2026 show-cause hearing in the above-captioned civil action.

The parties hereby stipulate under all applicable rules of the Federal Rules of Civil Procedure and Federal Rules of Evidence to the admissibility of the statements contained in the sworn declaration of Brian Acuna, dated January 16, 2026 and found in the record at Rec. Doc. 1-2. The parties further stipulate to the authenticity and admissibility of the documents attached to Acuna's declaration at ECF pages 18 through 76 of Rec. Doc. 1-2.

[SIGNATURE BLOCKS ON FOLLOWING PAGE]

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

*s/Peter M. Mansfield*
PETER M. MANSFIELD (#28671)
BROCK D. DUPRE (#28563)
Assistant United States Attorneys
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130-7212
Telephone: (504) 680-3047
Email: Peter.Mansfield@usdoj.gov
Brock.Dupre@usdoj.gov


**ORLEANS PARISH SHERIFF'S OFFICE**

*/s/ Tracey J. Comeaux*

**TRACEY J. COMEAUX** (LSBA No. 38700)
Chief Legal Officer
Comeauxt@opso.us
**JOHN S. WILLIAMS** (LSBA No. 32270)
Chief of Staff and Legal Counsel
Williamsjo@opso.us
2800 Perdido Street
New Orleans, LA 70119
(504) 822-8000 office
(504) 202-9454 facsimile