UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | MISCELLANEOUS CASE |
| VERSUS | NO. 26-0113 |
| SUSAN HUTSON, in her official capacity as ORLEANS PARISH CRIMINAL SHERIFF | SECTION: "O" (3) |

**PROPOSED *AMICUS CURIAE*
KATHRYN O. GREENBERG IMMIGRATION JUSTICE CLINIC's
MOTION FOR EXPEDITED LEAVE TO PARTICIPATE IN ORAL ARGUMENT**

Proposed *Amicus Curiae* the Kathryn O. Greenberg Immigration Justice Clinic ("Clinic") respectfully requests permission to participate in oral argument, which the Court has scheduled for March 17, 2026, at 2:00 p.m. Dkt. 11. Respondent Susan Hutson consents to this request and would cede some of her argument time to the Clinic should the Court grant this motion. Petitioner the United States does not consent to this motion. In addition, the Clinic respectfully requests expedited consideration of this motion. The Clinic requests only five to ten minutes of the Court's time and would bring a useful and unique perspective concerning the scope of the immigration administrative subpoena statute at issue in this case and the federal government's historical use of such subpoenas.

For these reasons and those in the attached memorandum of law, the Clinic respectfully requests that the Court grant it leave to participate in this case's March 17 oral argument.

Dated: March 9, 2026  Respectfully submitted,

 /s/ Bridget Pranzatelli
**Bridget Pranzatelli**
Louisiana Bar. No: 41899
NATIONAL IMMIGRATION PROJECT
1763 Columbia Rd. NW,
Suite 175 #896645

Washington, DC 20009
Tel.: (504) 940-4777
bridget@nipnlg.org

**Mary Yanik**
Louisiana Bar No.: 36973
TULANE LAW CLINICS
6329 Feret Street, Suite 130
New Orleans, LA 70118
Tel.: (620) 341-2653 (cell)
(504) 865-5153 (general office)
 myanik@tulane.edu

**Jeremy Jong***
New Jersey Bar No.: 066472014
AL OTRO LADO
634 S Spring St., Suite 908
Los Angeles, CA 90014
(504) 475-6728
jeremy@alotrolado.org

*\* Motion to appear pro hac vice forthcoming*