UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | MISCELLANEOUS CASE |
| VERSUS | NO. 26-0113 |
| SUSAN HUTSON, in her official capacity as ORLEANS PARISH CRIMINAL SHERIFF | SECTION: "O" (3) |

### CONSENT MOTION OF KATHRYN O. GREENBERG IMMIGRATION JUSTICE CLINIC FOR EXPEDITED CONSIDERATION OF ITS MOTION FOR LEAVE TO FILE *AMICUS CURAE* MEMORANDUM

Proposed *Amicus Curiae* Kathryn O. Greenberg Immigration Justice Clinic ("Clinic") respectfully moves for expedited submission date as to its Motion for Leave to File an *Amicus Curiae* Memorandum. Dkt. 20. Respondent Susan Hutson consents to this motion. Petitioner the United States consents to an expedited submission date of March 16, 2026, immediately upon its filing of an opposition memorandum.

Oral argument is this case is set for March 17, 2026. Dkt. 11. The Clinic exercised due diligence in this case by seeking leave to file its memorandum only eight days after this Court set oral argument, *see* Dkt. 11, 17, and has since also moved to participate in oral argument in this case. *See* Dkt. 25. However, the submission date for the Clinic's motion for leave to file *amicus curae* memorandum is after the oral argument. *See* Dkt. 17 (noting the proposed *amicus* had a submission date of March 18, 2026 upon being originally filed); Dkt 20 (noting a submission date of March 24, 2026). Without an earlier submission date, the Court will not benefit from the substantial, timely, and helpful information provided by the *amicus curae* memorandum or potential oral argument. Accordingly, the Clinic respectfully requests that this Court expedite the submission date as to its Motion for Leave to File an *Amicus Curiae* Memorandum to be March

16, 2026, immediately upon the government's filing of an opposition memorandum, or for another time that the Court deems proper before the March 17, 2026 oral argument.

Dated: March 9, 2026

Respectfully submitted,

  /s/ Bridget Pranzatelli

**Bridget Pranzatelli**
Louisiana Bar. No: 41899
NATIONAL IMMIGRATION PROJECT
1763 Columbia Rd. NW,
Suite 175 #896645
Washington, DC 20009
Tel.: (504) 940-4777
bridget@nipnlg.org

**Mary Yanik**
Louisiana Bar No.: 36973
TULANE LAW CLINICS
6329 Feret Street, Suite 130
New Orleans, LA 70118
Tel.: (620) 341-2653 (cell)
(504) 865-5153 (general office)
 myanik@tulane.edu

**Jeremy Jong\***
New Jersey Bar No.: 066472014
AL OTRO LADO
634 S Spring St., Suite 908
Los Angeles, CA 90014
(504) 475-6728
jeremy@alotrolado.org

*\* Motion to appear pro hac vice forthcoming*