UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | MISCELLANEOUS CASE |
| VERSUS | NO. 26-0113 |
| SUSAN HUTSON, in her official capacity as ORLEANS PARISH CRIMINAL SHERIFF | SECTION "O" (3) |

## ORDER

Considering the Motions to Expedite (R. Docs. 26 & 30),[1]

**IT IS ORDERED** that the Motions to Expedite (R. Docs. 26 & 30) are **GRANTED.**

**IT IS FURTHER ORDERED** that the Kathryn O. Greenberg Immigration Justice Clinic's Motion for Leave to Participate in Oral Argument (R. Doc. 29) and the Motion of Kathryn O. Greenberg Immigration Justice Clinic for Leave to File an *Amicus Curiae* Memorandum in Opposition to Petition to Enforce Administrative Subpoena (R. Doc. 20) will be taken under advisement at **3:00 p.m. on March 16, 2026,** without oral argument. Any opposition to these motions must be filed by that date and time.

---

[1] The Court recognizes the United States of America opposes R. Doc. 30, but judicial efficiency warrants taking up both substantive motions at the same time.

New Orleans, Louisiana, this 11th day of March, 2026.

EVA J. DOSSIER
UNITED STATES MAGISTRATE JUDGE