UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | MISCELLANEOUS CASE |
| VERSUS | NO. 26-0113 |
| SUSAN HUTSON, in her official capacity as ORLEANS PARRISH CRIMINAL SHERIFF | SECTION: "O" (3) |

## ORDER

The United States Department of Homeland Security, Immigration and Customs Enforcement (ICE) has issued subpoenas to the Orleans Parish Sheriff's Office (OPSO) seeking two sets of documents. First, ICE seeks:

> Documents sufficient to show the following for [certain inmates]: home address; employment address; country of birth; date of birth; Information obtained from identification documents (the drivers license number and state, foreign identification document card number and country, passport number and country); copies of all documents on their person when arrested; bond information to include obligor name and address; FBI number; Emergency Contact name, address and telephone number; [and]

> Documents to show the criminal charge[s] related to [certain inmates'] detention in the Orleans Parish Prison [on certain charges], under Booking Number[s] [] including arrest report or "gist," booking sheets, booking photos, probable cause statements, release agreements, and bond or surety documents.

Second, ICE seeks:

> A list of all inmates in [OPSO] custody who have failed to provide verifiable identity documents that correspond with lawful presence in the United States. For this list, please include the following information about the subject: name, date of birth, demographic information, address, FBI number (if applicable), driver's license number (if applicable), state identification card number (if applicable), passport numbers (if available).

R. Doc. 1-2 at 54.

One of OPSO's objections to the subpoenas is based on the premise that a subpoena cannot require OPSO to "creat[e] new documents from information available to the recipient."[1] Whether and how OPSO maintains a database (or databases) inclusive of the information described above is unclear. Similarly, whether and how OPSO would be required to create new documents to respond to the subpoenas cannot be ascertained on this record. Accordingly,

**IT IS ORDERED** that OPSO file a declaration by **March 16, 2026, at 3:00 p.m.** describing how OPSO stores the data sought by the subpoena. The declaration should include, if applicable, the database system(s) used, data structure (e.g., table, hierarchical), data format (e.g., Comma-separated values (CSV), JavaScript Object Notation (JSON)), data fields (e.g., "height," "weight," "ID"), searchable fields, database query language and tools (e.g., SQL), query commands, and search runtimes. To the extent that this information implicates sensitive information, OPSO may file a motion for leave relative to *in camera* review or filing under seal.

New Orleans, Louisiana, this 11th day of March, 2026.

                                                                                    EVA J. DOSSIER
                                      UNITED STATES MAGISTRATE JUDGE

---

[1] R. Doc. 19 at 14.