# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | MIS CASE NO. 26-113 |
| V. | * | SECTION O(3) |
| SUSAN HUTSON, in her official capacity as, ORLEANS PARISH CRIMINAL SHERIFF | * * * | JUDGE LONG  MAGISTRATE JUDGE DOSSIER |

## DECLARATION OF JESTIN QUIETT, OPSO INTERIM I.T. DIRECTOR

I, Jestin Quiett, declare as follows:

1. I am employed by the Orleans Parish Sheriff' Office ("OPSO") under the title Interim I.T. Director, and I have served in this role since August 1,2025.

2. As Interim I.T. Director, I am in charge of overseeing all technical and operational support for the OPSO through the Information Technology Division. In particular, my duties include, but are not limited to, technical engineering support, infrastructure management, enterprise systems management, and cybersecurity oversight.

3. In direct response to the court's March 11, 2026 order, the database used by OPSO for collecting and storing resident information is AS/400.

4. AS/400 DB2 is the integrated relational database (RDBMS). AS/400 can convert dbf files to CSV, PDF, TXT and XML.

5. While AS/400 is a vast system designed to include almost all of the subject data fields, only the following fields are routinely populated by OPSO staff: Home Address; Date of Birth; Information obtained from identification documents; Copies of all documents on one's person when arrested; Bond information; FBI Number (if available); Emergency

1

Contact (if available); Criminal Charges; Booking Number; Booking Photos; Bond and other Release Documents; Pleadings.

6. Though OPSO's official website: https://www.opso.gov/246/Detainee-Search#0, the following resident information held within AS400 is readily available to the public by searching any resident's first name, last name, inmate ID or booked date: Full Name; Inmate ID; Height; Gender; Race; Age; Eye Color; Hair Color; Custody Status; Custody Status Date; Booked Date; Holding Facility; Federal Inmate; Charges. *See* e.g. attachments from OPSO's website Detainee Search.

*[Signature on Next Page]*

Executed on this 16th day of March, 2026.

_____
Jestin Quiett
Interim I.T. Director
Orleans Parish Sheriff Office