# Attachment

# Detainee Search

## Search for Detainees

[ jose arzu osorto ]

[ Search ]

Select a name in the results. Details display below names.

- ARZU OSORTO, JOSE F

**Full Name:** ARZU OSORTO, JOSE F

**Record Details:**
Inmate ID: 011619730
Height: 5 ft 07in(s)
Weight: 140 lbs
Gender: M
Race: B
Age: 30
Eye Color: BRO
Hair Color: BRO

**Custody Details:**
Custody Status: IN
Custody Status Date: 05/29/2025 17:33:03 CDT
Booked Date: 05/29/2025 17:28:56 CDT
Holding Facility: LAORLEANSJC
Federal Inmate: False

**Charges:**
Charge Code: RS 14 64

Charge Code: RS 14 64.3

Charge Code: RS 14 67(B)(3) 18A

# Detainee Search

## Search for Detainees

```
amindio
```
Search

Select a name in the results. Details display below names.

- CASTILLO AGUILERA, ARMINDIO

**Full Name:** CASTILLO AGUILERA, ARMINDIO

**Record Details:**
Inmate ID: 011622114
Height: 5 ft 06in(s)
Weight: 150 lbs
Gender: M
Race: U
Age: 22
Eye Color: BRO
Hair Color: BLK

**Custody Details:**
Custody Status: IN
Custody Status Date: 03/30/2025 08:07:05 CDT
Booked Date: 03/29/2025 12:54:01 CDT
Holding Facility: LAORLEANSJC
Federal Inmate: False

**Charges:**
Charge Code: RS 14 32

Charge Code: RS 14 99

# Detainee Search

## Search for Detainees

teony

Search

Select a name in the results. Details display below names.

- JUAREZ, TEONY
- BRAUD, TONY E

**Full Name:** JUAREZ, TEONY

**Record Details:**
Inmate ID: 011621134
Height: 5 ft 05in(s)
Weight: 135 lbs
Gender: M
Race: W
Age: 19
Eye Color: BRO
Hair Color: BRO

**Custody Details:**
Custody Status: IN
Custody Status Date: 12/05/2024 08:09:11 CST
Booked Date: 12/04/2024 05:06:10 CST
Holding Facility: LAORLEANSJC
Federal Inmate: False

**Charges:**
Charge Code: RS 14 64

Charge Code: RS 14 64.3

Charge Code: RS 14 37.4

Charge Code: RS 14 94

Charge Code: DETAINER

Charge Code: RS 14 31

Charge Code: RS 14 64

Charge Code: RS 14 64.3

Charge Code: RS 14 64.3

Charge Code: RS 14 64.3

Charge Code: RS 14 64.3

Government Websites by
<u>CivicPlus®</u>

# Detainee Search

## Search for Detainees

hilda vasquez
Search

Select a name in the results. Details display below names.

- VASQUEZ, HILDA

**Full Name:** VASQUEZ, HILDA

**Record Details:**
Inmate ID: 011703820
Height: 4 ft 07in(s)
Weight: 135 lbs
Gender: F
Race: U
Age: 34
Eye Color: BRO
Hair Color: BRO

**Custody Details:**
Custody Status: IN
Custody Status Date: 10/15/2025 09:56:56 CDT
Booked Date: 09/07/2025 18:38:13 CDT
Holding Facility: LAORLEANSJC
Federal Inmate: False

**Charges:**
Charge Code: RS 14 93.2.3

Charge Code: RS 14 32

# Detainee Search

## Search for Detainees

jose velez

Search

Select a name in the results. Details display below names.

- VELEZ, JOSE

**Full Name:** VELEZ, JOSE

### Record Details:
Inmate ID: 011622696
Height: 5 ft 05in(s)
Weight: 106 lbs
Gender: M
Race: U
Age: 18
Eye Color: BRO
Hair Color: BLK

### Custody Details:
Custody Status: IN
Custody Status Date: 06/10/2025 14:03:09 CDT
Booked Date: 06/10/2025 13:33:51 CDT
Holding Facility: LAORLEANSJC
Federal Inmate: False

### Charges:
No Charges Available

Government Websites by CivicPlus®