MINUTE ENTRY
DOSSIER, M.J.
March 17, 2026
MJSTAR:  01:03

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CIVIL ACTION |
| VERSUS | NO. 26-113 |
| SUSAN HUTSON | SECTION: "O" (3) |

### EVIDENTIARY SHOW CAUSE HEARING

| | |
|---|---|
| Courtroom Deputy: | Reianda Rousseau |
| Court Reporter: | Jodi Simcox |

APPEARANCES:   Peter Mansfield, Brock Dupre, Counsel for Plaintiff
Tracey J. Comeaux, Counsel for Defendant

PETITION TO ENFORCE ADMINISTRATIVE SUBPOENAS (1)

Case called at 2:00 p.m.
All present and ready.
Plaintiff United States of America's exhibit offered and admitted: 1, attached hereto.
Defendant Susan Hutson's exhibits offered and admitted: 2 and 3, attached hereto.
Argument by counsel for the parties.
Petition to Enforce Administrative Subpoenas (1) TAKEN UNDER ADVISEMENT for
reasons stated on the record.
Order to follow.
Court adjourned at 3:03 p.m.