UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | MIS CASE NO. 26-113 |
| V. | * | SECTION O(3) |
| SUSAN HUTSON, in her official capacity as, ORLEANS PARISH CRIMINAL SHERIFF | * * * | JUDGE LONG<br><br>MAGISTRATE JUDGE DOSSIER |

### DECLARATION OF JESTIN QUIETT, OPSO INTERIM I.T. DIRECTOR

I, Jestin Quiett, declare as follows:

1. I am employed by the Orleans Parish Sheriff' Office ("OPSO") under the title Interim I.T. Director, and I have served in this role since August 1,2025.

2. As Interim I.T. Director, I am in charge of overseeing all technical and operational support for the OPSO through the Information Technology Division. In particular, my duties include, but are not limited to, technical engineering support, infrastructure management, enterprise systems management, and cybersecurity oversight.

3. In direct response to the court's March 11, 2026 order, the database used by OPSO for collecting and storing resident information is AS/400.

4. AS/400 DB2 is the integrated relational database (RDBMS). AS/400 can convert dbf files to CSV, PDF, TXT and XML.

5. While AS/400 is a vast system designed to include almost all of the subject data fields, only the following fields are routinely populated by OPSO staff: Home Address; Date of Birth; Information obtained from identification documents; Copies of all documents on one's person when arrested; Bond information; FBI Number (if available); Emergency

1

Contact (if available); Criminal Charges; Booking Number; Booking Photos; Bond and other Release Documents; Pleadings.

6. Though OPSO's official website: https://www.opso.gov/246/Detainee-Search#0, the following resident information held within AS400 is readily available to the public by searching any resident's first name, last name, inmate ID or booked date: Full Name; Inmate ID; Height; Gender; Race; Age; Eye Color; Hair Color; Custody Status; Custody Status Date; Booked Date; Holding Facility; Federal Inmate; Charges. *See* e.g. attachments from OPSO's website Detainee Search.

*[Signature on Next Page]*

2

Executed on this 16th day of March, 2026.

Jestin Quiett
Interim I.T. Director
Orleans Parish Sheriff Office

# Attachment

# Detainee Search

## Search for Detainees

jose arzu osorto

Search

Select a name in the results. Details display below names.

- ARZU OSORTO, JOSE F

**Full Name:** ARZU OSORTO, JOSE F

**Record Details:**
Inmate ID: 011619730
Height: 5 ft 07in(s)
Weight: 140 lbs
Gender: M
Race: B
Age: 30
Eye Color: BRO
Hair Color: BRO

**Custody Details:**
Custody Status: IN
Custody Status Date: 05/29/2025 17:33:03 CDT
Booked Date: 05/29/2025 17:28:56 CDT
Holding Facility: LAORLEANSJC
Federal Inmate: False

**Charges:**
Charge Code: RS 14 64

Charge Code: RS 14 64.3

Charge Code: RS 14 67(B)(3) 18A

# Detainee Search

## Search for Detainees

amindio

Search

Select a name in the results. Details display below names.

- CASTILLO AGUILERA, ARMINDIO

**Full Name:** CASTILLO AGUILERA, ARMINDIO

**Record Details:**
Inmate ID: 011622114
Height: 5 ft 06in(s)
Weight: 150 lbs
Gender: M
Race: U
Age: 22
Eye Color: BRO
Hair Color: BLK

**Custody Details:**
Custody Status: IN
Custody Status Date: 03/30/2025 08:07:05 CDT
Booked Date: 03/29/2025 12:54:01 CDT
Holding Facility: LAORLEANSJC
Federal Inmate: False

**Charges:**
Charge Code: RS 14 32

Charge Code: RS 14 99

# Detainee Search

## Search for Detainees

teony

Search

Select a name in the results. Details display below names.

- JUAREZ, TEONY
- BRAUD, TONY E

**Full Name:** JUAREZ, TEONY

**Record Details:**
Inmate ID: 011621134
Height: 5 ft 05in(s)
Weight: 135 lbs
Gender: M
Race: W
Age: 19
Eye Color: BRO
Hair Color: BRO

**Custody Details:**
Custody Status: IN
Custody Status Date: 12/05/2024 08:09:11 CST
Booked Date: 12/04/2024 05:06:10 CST
Holding Facility: LAORLEANSJC
Federal Inmate: False

**Charges:**
Charge Code: RS 14 64

Charge Code: RS 14 64.3

Charge Code: RS 14 37.4

Charge Code: RS 14 94

Charge Code: DETAINER

Charge Code: RS 14 31

Charge Code: RS 14 64

Charge Code: RS 14 64.3

Charge Code: RS 14 64.3

Charge Code: RS 14 64.3

Charge Code: RS 14 64.3

Government Websites by
CivicPlus®

# Detainee Search

## Search for Detainees

hilda vasquez

Search

Select a name in the results. Details display below names.

- <u>VASQUEZ, HILDA</u>

**Full Name:** VASQUEZ, HILDA

**Record Details:**
Inmate ID: 011703820
Height: 4 ft 07in(s)
Weight: 135 lbs
Gender: F
Race: U
Age: 34
Eye Color: BRO
Hair Color: BRO

**Custody Details:**
Custody Status: IN
Custody Status Date: 10/15/2025 09:56:56 CDT
Booked Date: 09/07/2025 18:38:13 CDT
Holding Facility: LAORLEANSJC
Federal Inmate: False

**Charges:**
Charge Code: RS 14 93.2.3

Charge Code: RS 14 32

# Detainee Search

## Search for Detainees

jose velez

Search

Select a name in the results. Details display below names.

- VELEZ, JOSE

**Full Name:** VELEZ, JOSE

**Record Details:**
Inmate ID: 011622696
Height: 5 ft 05in(s)
Weight: 106 lbs
Gender: M
Race: U
Age: 18
Eye Color: BRO
Hair Color: BLK

**Custody Details:**
Custody Status: IN
Custody Status Date: 06/10/2025 14:03:09 CDT
Booked Date: 06/10/2025 13:33:51 CDT
Holding Facility: LAORLEANSJC
Federal Inmate: False

**Charges:**
No Charges Available

Government Websites by
CivicPlus®