File: **JMFLS/IMFLDR**          Text:  **Inmate Folder Master**
Type: **\*PHY**  Joined: **N**  Index: **K**  Members:        **1**

| Field Name | Len/DP | T/U | BufPos | Text/Column Heading |
|---|---|---|---|---|
| | | | | Record:  IMFLDRR     Length:    1541 |
| IFCCNO | 9 0 | S B | 1 | CCN |
| IFFLDR | 9 0 | S B | 10 | Folder No. |
| IFABNO | 9 0 | S B | 19 | Armband No. |
| IFACTV | 1 | A B | 28 | Actv |
| IFTYPE | 4 | A B | 29 | Type |
| IFAGCY | 6 | A B | 33 | Agency |
| IFDOCN | 8 | A B | 39 | DOC Number |
| IFALIN | 9 | A B | 47 | Alien ID Number |
| IFLNAM | 20 | A B | 56 | Last Name |
| IFFNAM | 20 | A B | 76 | First Name |
| IFMINI | 1 | A B | 96 | MI |
| IFNAMS | 1 | A B | 97 | Name Sufix |
| IFRACE | 1 | A B | 98 | Race |
| IFSEXC | 1 | A B | 99 | Sex |
| IFDOBD | 8 0 | S B | 100 | DOB Date |
| IFSTNO | 10 | A B | 108 | Street Number |
| IFSTPF | 3 | A B | 118 | Street Prefix |
| IFSTNM | 20 | A B | 121 | Street Name |
| IFSTSF | 2 | A B | 141 | Street Suffix |
| IFABRC | 1 | A B | 143 | Apt/Box/Rt Code |
| IFABRN | 5 | A B | 144 | Apt/Box/Rt Number |
| IFCITY | 35 | A B | 149 | City |
| IFSTCD | 2 | A B | 184 | State |
| IFZIPC | 10 | A B | 186 | Zip Code |
| IFPHNO | 10 0 | S B | 196 | Phone No. |
| IFHGHT | 3 0 | S B | 206 | Height |
| IFWGHT | 3 0 | S B | 209 | Weight |
| IFHAIR | 3 | A B | 212 | Hair |
| IFHARL | 15 | A B | 215 | Hair Length |
| IFEYES | 3 | A B | 230 | Eyes |
| IFMUST | 9 | A B | 233 | Mustache |
| IFBERD | 6 | A B | 242 | Beard |
| IFBUIL | 3 | A B | 248 | Build |
| IFCMPL | 3 | A B | 251 | Complexion |
| IFPHAP | 25 | A B | 254 | Physical Appearance |
| IFSSNO | 9 0 | S B | 279 | SSN |
| IFBOIN | 9 | A B | 288 | B of I No |
| IFSCNO | 7 0 | S B | 297 | SO Number |
| IFSIDN | 9 0 | S B | 304 | SID No. |
| IFFBIN | 9 | A B | 313 | FBI No |
| IFFPCN | 20 | A B | 322 | Fingerprint Code No. |
| IFLICN | 15 | A B | 342 | Drivers Lic Number |
| IFSTCDL | 2 | A B | 357 | Drivers Lic State |
| IFLICY | 2 | A B | 359 | Drivers License Year |
| IFBLDG | 3 | A B | 361 | Bldg |
| IFTIER | 2 | A B | 364 | Tier |
| IFSIDE | 1 | A B | 366 | Side |
| IFCELL | 3 | A B | 367 | Cell |
| IFSECL | 1 | A B | 370 | Sec Lvl |
| IFCTLL | 1 | A B | 371 | Ctl Lvl |

DEFENDANT'S
EXHIBIT
3
tabbies

File: **JMFLS/IMFLDR**              Text:    **Inmate Folder Master**
Type: **\*PHY**  Joined: **N**  Index: **K**  Members:      **1**

| Field Name | Len/DP | T/U | BufPos | Text/Column Heading |
|---|---|---|---|---|
| IFSTSC | 3 | A B | 372 | Sts Cd |
| IFCLSF | 6 | A B | 375 | Classification |
| IFRCLS | 1 | A B | 381 | Reclass Flag |
| IFCLSD | 8 0 | S B | 382 | Classification Date |
| IFINJF | 1 | A B | 390 | Injured |
| IFINJD | 50 | A B | 391 | Injured Description |
| IFAINJ | 1 | A B | 441 | Arrest Injuries |
| IFAIND | 50 | A B | 442 | Arrest Injuries Desc |
| IFSIKF | 1 | A B | 492 | Sick |
| IFSIKD | 50 | A B | 493 | Sick Description |
| IFHLTH | 64 | A B | 543 | Condition of Health |
| IFMEDS | 75 | A B | 607 | Medications |
| IFDRGA | 1 | A B | 682 | Drug Addict |
| IFDRGT | 35 | A B | 683 | Drug Type |
| IFALCO | 1 | A B | 718 | Alcoholic |
| IFMENC | 25 | A B | 719 | Mental Condition |
| IFDRHO | 35 | A B | 744 | Doctor/Hospital |
| IFNTYF | 99 | A B | 779 | Notify/Emergency |
| IFPHNL | 1 | A B | 878 | Phone Lock/Unlock |
| IFCMNT | 75 | A B | 879 | Comments |
| IFDID1 | 12 | A B | 954 | Document ID 1 |
| IFDID2 | 12 | A B | 966 | Document ID 2 |
| IFDLAD | 1 | A B | 978 | Dollar A Day Flag |
| IFCSHR | 7 2 | S B | 979 | Cash Retained |
| IFCSHD | 7 2 | S B | 986 | Cash Deposited |
| IFCSHH | 7 2 | S B | 993 | Cash On Hand |
| IFOCUP | 30 | A B | 1000 | Occupation |
| IFEMPR | 45 | A B | 1030 | Employer |
| IFMSTS | 1 | A B | 1075 | Marital Sts |
| IFHOMO | 1 | A B | 1076 | Homo? |
| IFENMY | 60 | A B | 1077 | Enemies in Prison |
| IFGANG | 20 | A B | 1137 | Gang Affiliation |
| IFSTCDB | 2 | A B | 1157 | State of Birth |
| IFUSAC | 1 | A B | 1159 | USA Citizen ✓ |
| IFCNTY | 3 | A B | 1160 | Country Code ✓ |
| IFAFSS | 1 | A B | 1163 | AFIS Sent |
| IFAFSR | 1 | A B | 1164 | AFIS Received |
| IFCKUP | 10 | A B | 1165 | Check In User |
| IFCKTI | 10 | A B | 1175 | Check Terminal |
| IFCKDT | 8 0 | S B | 1185 | Check In Date |
| IFCKTM | 6 0 | S B | 1193 | Check In Time |
| IFCKPN | 10 | A B | 1199 | Check In Program |
| IFAO1L | 20 | A B | 1209 | Arrest Off 1 Last Name |
| IFAO1F | 20 | A B | 1229 | Arrest Off 1 First Name |
| IFAO1B | 5 0 | S B | 1249 | Arrest Off 1 Badge No. |
| IFAO1U | 4 0 | S B | 1254 | Arrest Off 1 Unit |
| IFAO2L | 20 | A B | 1258 | Arrest Off 2 Last Name |
| IFAO2F | 20 | A B | 1278 | Arrest Off 2 First Name |
| IFAO2B | 5 0 | S B | 1298 | Arrest Off 2 Badge No. |
| IFAO2U | 4 0 | S B | 1303 | Arrest Off 2 Unit |
| IFBPTY | 1 0 | S B | 1307 | Bkg Priority |

File: **JMFLS/IMFLDR**          Text:  **Inmate Folder Master**
Type: **\*PHY**   Joined: **N**  Index: **K**  Members:        1

| Field Name | Len/DP | | T/U | BufPos | Text/Column Heading |
|---|---|---|---|---|---|
| IFBKUP | 10 | | A B | 1308 | Booked User |
| IFBKTI | 10 | | A B | 1318 | Booked Term |
| IFBKDT | 8 | 0 | S B | 1328 | Booked Date |
| IFBKTM | 6 | 0 | S B | 1336 | Booked Time |
| IFBKPN | 10 | | A B | 1342 | Booked Program |
| IFSCRD | 8 | 0 | S B | 1352 | Sched Rel Date |
| IFRLRT | 50 | | A B | 1360 | Release Reason |
| IFRLUP | 10 | | A B | 1410 | Release User |
| IFRLTI | 10 | | A B | 1420 | Release Term |
| IFRLDT | 8 | 0 | S B | 1430 | Release Date |
| IFRLTM | 6 | 0 | S B | 1438 | Release Time |
| IFRLPN | 10 | | A B | 1444 | Release Program |
| IFENUP | 10 | | A B | 1454 | Entered User |
| IFENTI | 10 | | A B | 1464 | Entered Term |
| IFENDT | 8 | 0 | S B | 1474 | Entered Date |
| IFENTM | 6 | 0 | S B | 1482 | Entered Time |
| IFENPN | 10 | | A B | 1488 | Entered Program |
| IFLUUP | 10 | | A B | 1498 | LastUpd User |
| IFLUTI | 10 | | A B | 1508 | LastUpd Term |
| IFLUDT | 8 | 0 | S B | 1518 | LastUpd Date |
| IFLUTM | 6 | 0 | S B | 1526 | LastUpd Time |
| IFLUPN | 10 | | A B | 1532 | LastUpd Program |

Keys Unique:  Y   Access Maintenance:  I    Files:     0
KeyName     Num Seq Sign Order Digit
IFFLDR        1  A   S    N     N

3/17/26
9:59:53
Case 2:26-mr-00113-BSL-EJD   Document 40-3   Filed 03/17/26   Page 4 of 5
Runtime System Utilities
Record Format Inquiry
JOE3691A RECDR
SIMMONSJOE Inquiry

File: **JMFLS/IMCHGD**          Text:  **Inmate Charge Detail**
Type: **\*PHY**  Joined: **N**  Index: **K**  Members:        **1**
**Field Name     Len/DP   T/U BufPos  Text/Column Heading**

| Field Name | Len/DP | T/U | BufPos | Text/Column Heading |
|---|---|---|---|---|
| | | | | Record:  IMCHGDR      Length:      400 |
| ICFLDR | 9 0 | S B | 1 | Folder No. |
| ICCHGN | 4 0 | S B | 10 | Charge No. |
| ICACTV | 1 | A B | 14 | Actv |
| ICCHGK | 6 0 | S B | 15 | Charge Key |
| ICCNTS | 3 0 | S B | 21 | Counts |
| ICORIN | 4 0 | S B | 24 | ORI No |
| ICSCNO | 7 0 | S B | 28 | SO Number |
| ICSCNS | 5 0 | S B | 35 | SCNO Seq. No. |
| ICITMN | 10 | A B | 40 | Item No. |
| ICARSN | 9 0 | S B | 50 | Arrest No |
| ICLBRS | 6 | A B | 59 | LIBRS Code |
| ICAFDT | 7 | A B | 65 | Affidavit No |
| ICOFSD | 8 0 | S B | 72 | Offense Date |
| ICARSD | 8 0 | S B | 80 | Arrest Date |
| ICATNO | 12 | A B | 88 | Arrest Tracking No |
| ICATNS | 3 0 | S B | 100 | ATN Chg Seq No |
| ICBAMT | 9 2 | S B | 103 | Bond Amt |
| ICMAGN | 7 | A B | 112 | Mag No |
| ICMAGS | 2 | A B | 119 | Mag Sec |
| ICDOCN | 7 0 | S B | 121 | Docket No. |
| ICDOCS | 2 | A B | 128 | Section |
| ICCRTT | 1 | A B | 130 | Court Type |
| ICNXCD | 8 0 | S B | 131 | Next Court |
| ICDSPC | 12 | A B | 139 | Disposition |
| ICDSPD | 8 0 | S B | 151 | Disp Date |
| ICSETY | 4 | A B | 159 | Sentence Type |
| ICSEDT | 8 0 | S B | 163 | Sentence Date |
| ICSEYR | 3 0 | S B | 171 | Sentence Yrs |
| ICSEMO | 3 0 | S B | 174 | Sentence Mos |
| ICSEDY | 3 0 | S B | 177 | Sentence Dys |
| ICSEOT | 7 | A B | 180 | Sentence Oth |
| ICGDTD | 8 0 | S B | 187 | Good Time Date |
| ICFLTD | 8 0 | S B | 195 | Flat Time Date |
| ICERYD | 8 0 | S B | 203 | Early Release Date |
| ICEXPD | 8 0 | S B | 211 | Expired Date |
| ICDTLS | 50 | A B | 219 | Details |
| ICBKUP | 10 | A B | 269 | Booked User |
| ICBKTI | 10 | A B | 279 | Booked Term |
| ICBKDT | 8 0 | S B | 239 | Booked Date |
| ICBKTM | 6 0 | S B | 297 | Booked Time |
| ICBKPN | 10 | A B | 303 | Booked Program |
| ICENUP | 10 | A B | 313 | Entered User |
| ICENTI | 10 | A B | 323 | Entered Term |
| ICENDT | 8 0 | S B | 333 | Entered Date |
| ICENTM | 6 0 | S B | 341 | Entered Time |
| ICENPN | 10 | A B | 347 | Entered Program |
| ICLUUP | 10 | A B | 357 | LastUpd User |
| ICLUTI | 10 | A B | 367 | LastUpd Term |
| ICLUDT | 8 0 | S B | 377 | LastUpd Date |
| ICLUTM | 6 0 | S B | 385 | LastUpd Time |

File: **JMFLS/IMCHGD**              Text:  **Inmate Charge Detail**
Type: **\*PHY**  Joined: **N**  Index: **K**  Members:      **1**
**Field Name     Len/DP   T/U BufPos  Text/Column Heading**
ICLUPN          10       A B      391 LastUpd Program

Keys Unique:  Y   Access Maintenance:  I    Files:     0
KeyName     Num Seq Sign Order Digit
ICFLDR       1  A   S     N     N
ICCHGN       2  A   S     N     N