**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CASE NO. 26-113** |
| **v.** | * | **SECT. O(3)** |
| **SUSAN HUTSON, in her official capacity as ORLEANS PARISH CRIMINAL SHERIFF** | * | **JUDGE LONG** |
| | * | **MAG. JUDGE DOSSIER** |

<u>**UNITED STATES' MEMORANDUM RE SUBPOENA REVISIONS**</u>

**MAY IT PLEASE THE COURT**: In accordance with the Court's order, Rec. Doc. 42, the United States attaches revised subpoenas to respondent, Susan Hutson in her official capacity as Orleans Parish Sheriff (OPSO), (*see* Exs. 1 & 2) and tracked-changes/redline versions (*see* Ex. 3) of the original subpoenas filed into the record at Rec. Doc. 1-2 at A1 to A20, pdf pages 18 to 63. To assist the Court's review, the United States highlights the following revisions.

**I. Category one – testimony subpoenas**

- The testimony subpoenas were served on the alien-detainee through Sheriff Hutson as custodian on March 23, 2026. *See* served subpoenas attached at Ex. 1. These revised testimony subpoenas are also presently served on the OPSO by ECF through enrolled counsel under FED. R. CIV. P. 5(b)(1) and Rule 9 of the Administrative Procedures for ECF in the EDLA.

  o The OPSO refused to accept service on testimony subpoenas for Arzu-Gamboa (former subpoena A.5) and Vasquez-Mateo (former subpoena A.7) because they are no longer in OPSO custody. These unserved subpoenas are attached at Ex. 2.

- The testimony subpoenas are now on I-138 forms, instead of a modified form previously utilized.

- The testimony subpoenas offer in-person compliance at an ICE office, or through videoconference technology.

## II.  Category two – document subpoenas

- The document subpoenas were served on Sheriff Hutson. *See* Ex. 1.

- The document subpoenas identify specific AS/400 fields relevant to the document production sought. *Id*.

## III.  Category Three – Subpoena for a roster of inmates lacking identification documents

- While ICE had served five prior subpoenas seeking this information (former subpoenas A.16–A.20), it has revised and served just one updated roster subpoena since the agency had sought updated information in the prior successive subpoena.

- The roster subpoena was served on Sheriff Hutson.

- The roster subpoena identifies specific AS/400 fields that would capture (or fail to capture) documents and information relevant and responsive to the production sought.

Respectfully submitted,

DAVID I. COURCELLE
UNITED STATES ATTORNEY

*s/Peter M. Mansfield*

PETER M. MANSFIELD (#28671)
BROCK D. DUPRE (#28563)
Assistant United States Attorneys
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130-7212
Telephone: (504) 680-3047
Email: Peter.Mansfield@usdoj.gov
Brock.Dupre@usdoj.gov