| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | **IMMIGRATION ENFORCEMENT**<br>**SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |

Subpoena Number

2. In Reference To

| PORTILLO-GIFARO, JOSE | A# 070875172 |
|---|---|
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear | (B) Date  04/16/2026 |
|---|---|
| Name  R. Paul Morrow  randy.p.morrow@ice.dhs.gov | |
| Title  Assistant Field Office Director | |
| Address 181 James Drive West<br>St. Rose, Louisiana 70087 | (C) Time  5:00    ☐ a.m. ☒ p.m. |
| Telephone Number (504) 329-2149 | |

4. Records required to be produced for inspection

(A) Documents sufficient to show the following for PORTILLO-GIFARO, JOSE: home address; employment address; country of birth; date of birth; Information obtained from identification documents (the drivers license number and state, foreign identification document card number and country, passport number and country); copies of all documents on their person when arrested; bond information to include obligor name and address; FBI number; Emergency Contact name, address and telephone number (Related to OPSO AS400 data fields 108/118/121/141/143/144/149/184/186/1160/100/342/357/954/966/47/1157/1159/1160/313);

(B) Documents to show the criminal charge related to PORTILLO-GIFARO, JOSE's detention in the Orleans Parish Prison on 11/14/2025 for the charge of AGGRAVATED BATTERY WITH A DANGEROUS WEAPON, under Booking Number 360032505785 including arrest report or "gist," booking sheets, booking photos, probable cause statements, release agreements, and bond or surety documents.



| 5. Authorized Official | |
|---|---|
| **BRIAN S ACUNA** Digitally signed by BRIAN S ACUNA Date: 2026.03.23 08:37:28 -05'00' | |
| (Signature) | |
| Brian Acuna | |
| (Printed Name) | |
| DFOD | |
| (Title) | |
| 03/23/2026 | |
| (Date) | |

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

DHS Form I-138 (6/09)

EXHIBIT 1

CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___3/23/2026___ , I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

In Person
(Details of how service was effected)

_MgKA_
(Signature of Official Serving Subpoena)

_Mayo K. Bonnet_
(Printed Name of Official Serving Subpoena)

_SDDO_
(Title of Official Serving Subpoena)

---

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature

Title _Legal Department_

| Date | Time |
|------|------|
| 3/23/26 | 1335 ☐ a.m. ☒ p.m. |

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | **IMMIGRATION ENFORCEMENT SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |

Subpoena Number

| 2. In Reference To | |
|---|---|
| VELASQUEZ-CORDOVA, KEYNOR JOEL | A# 203792780 |
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear | (B) Date 04/14/2026 |
|---|---|
| Name R. Paul Morrow randy.p.morrow@ice.dhs.gov<br><br>Title Assistant Field Office Director<br><br>Address 181 James Drive West<br>St. Rose, Louisiana 70087<br><br>Telephone Number (504) 329-2149 | (C) Time 5:00  ☐ a.m. ☒ p.m. |

**4. Records required to be produced for inspection**

(A) Documents sufficient to show the following for VELASQUEZ-CORDOVA, KEYNOR JOEL: home address; employment address; country of birth; date of birth; Information obtained from identification documents (the drivers license number and state, foreign identification document card number and country, passport number and country); copies of all documents on their person when arrested; bond information to include obligor name and address; FBI number; Emergency Contact name, address and telephone number (Related to OPSO AS400 data fields 108/118/121/141/143/144/149/184/186/1160/100/342/357/954/966/47/1157/1159/1160/313);

(B) Documents to show the criminal charge related to VELASQUEZ-CORDOVA, KEYNOR JOEL's detention in the Orleans Parish Prison on 11/14/2025 for the charge of domestic abuse battery (three counts), unauthorized entry of an inhabited dwelling, and domestic abuse aggravated assault, under Booking Number 360032505771 including arrest report or "gist," booking sheets, booking photos, probable cause statements, release agreements, and bond or surety documents.



| 5. Authorized Official | |
|---|---|
| BRIAN S ACUNA Digitally signed by BRIAN S ACUNA Date: 2026.03.23 08:36:03 -05'00' | |
| (Signature) | |
| Brian Acuna | |
| (Printed Name) | |
| DFOD | |
| (Title) | |
| 03/23/2026 | |
| (Date) | |

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

DHS Form I-138 (6/09)

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___3/23/2026___ , I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

_In Person_

(Details of how service was effected)

_____
(Signature of Official Serving Subpoena)

_Mayo K. Bonnet_
(Printed Name of Official Serving Subpoena)

_SDDO_
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature _____

Title _Legal Department_     Date _3/23/26_     Time _1336_  ☐ a.m.  ☑ p.m.

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | **IMMIGRATION ENFORCEMENT**<br>**SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |

Subpoena Number

| 2. In Reference To | |
|---|---|
| VELEZ-HERNANDEZ, JOSE | A# 220882411 |
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear | (B) Date 04/14/2026 |
|---|---|
| Name R. Paul Morrow  randy.p.morrow@ice.dhs.gov | |
| Title   Assistant Field Office Director | |
| Address 181 James Drive West<br>         St. Rose, Louisiana 70087 | (C) Time  5:00    ☐ a.m. ☒ p.m. |
| Telephone Number (504) 329-2149 | |

**4. Records required to be produced for inspection**

(A) Documents sufficient to show the following for VELEZ-HERNANDEZ, JOSE: home address; employment address; country of birth; date of birth; Information obtained from identification documents (the drivers license number and state, foreign identification document card number and country, passport number and country); copies of all documents on their person when arrested; bond information to include obligor name and address; FBI number; Emergency Contact name, address and telephone number (Related to OPSO AS400 data fields 108/118/121/141/143/144/149/184/186/1160/100/342/357/954/966/47/1157/1159/1160/313);

(B) Documents to show the criminal charge related to VELEZ-HERNANDEZ, JOSE's detention in the Orleans Parish Prison on 6/10/2025 for the charge of PRINCIPAL ARMED ROBBERY, under Booking Number 360022500944 including arrest report or "gist," booking sheets, booking photos, probable cause statements, release agreements, and bond or surety documents.



| 5. Authorized Official | |
|---|---|
| **BRIAN S ACUNA** Digitally signed by BRIAN S ACUNA<br>Date: 2026.03.23 08:34:25 -05'00' | |
| (Signature) | |
| Brian Acuna | |
| (Printed Name) | |
| DFOD | |
| (Title) | |
| 03/23/2026 | |
| (Date) | |

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

DHS Form I-138 (6/09)

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___3/23/2026___ , I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

_In Person_
_____
(Details of how service was effected)

_____
(Signature of Official Serving Subpoena)

_Mayo K. Bonnet_
(Printed Name of Official Serving Subpoena)

_SDDO_
(Title of Official Serving Subpoena)

---

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

| Signature | | |
|---|---|---|
| Title _Legal Department_ | Date 3/23/26 | Time 1337 ☐ a.m. ☒ p.m. |

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br><br>Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT SUBPOENA**<br>**to Appear and/or Produce Records**<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |
|---|---|

| Subpoena Number |
|---|

| 2. In Reference To | |
|---|---|
| UMANZOR-JUAREZ, TEONY | A# 246673015 |
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear<br><br>Name R. Paul Morrow randy.p.morrow@ice.dhs.gov<br><br>Title  Assistant Field Office Director<br><br>Address 181 James Drive West<br>St. Rose, Louisiana 70087<br><br>Telephone Number (504) 329-2149 | (B) Date  04/14/2026<br><br><br>(C) Time  5:00   ☐ a.m. ☒ p.m. |
|---|---|

**4. Records required to be produced for inspection**

(A) Documents sufficient to show the following for UMANZOR-JUAREZ, TEONY: home address; employment address; country of birth; date of birth; Information obtained from identification documents (the drivers license number and state, foreign identification document card number and country, passport number and country); copies of all documents on their person when arrested; bond information to include obligor name and address; FBI number; Emergency Contact name, address and telephone number (Related to OPSO AS400 data fields 108/118/121/141/143/144/149/184/186/1160/100/342/357/954/966/47/1157/1159/1160/313);

(B) Documents to show the criminal charge related to UMANZOR-JUAREZ, TEONY's detention in the Orleans Parish Prison on 12/4/2024 for the charge of armed robbery, armed robbery with a firearm (attempted), aggravated assault with a firearm, and/or illegal use of weapons/dangerous instrumentalities, under Booking Number 360022402870 and/or 360022402646 including arrest report or "gist," booking sheets, booking photos, probable cause statements, release agreements, and bond or surety documents.

| | 5. Authorized Official |
|---|---|
| If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3. | BRIAN S ACUNA  Digitally signed by BRIAN S ACUNA Date: 2026.03.23 08:32:04 -05'00' |
| | (Signature) |
| | Brian Acuna |
| | (Printed Name) |
| | DFOD |
| | (Title) |
| | 03/23/2026 |
| | (Date) |

DHS Form I-138 (6/09)

CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___3/23/2026___ , I served this subpoena on the witness named in Block 1 in the following manner:

(Date)

_In Person_

(Details of how service was effected)

_____
(Signature of Official Serving Subpoena)

_Mayo K. Bonnet_
(Printed Name of Official Serving Subpoena)

_SDDO_
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature _Tracy Comeau_

Title _Legal Department_

Date _3/23/26_

Time _1337_  ☐ a.m.  ☒ p.m.

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br><br>Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |
|---|---|

| Subpoena Number |
|---|

| 2. In Reference To | |
|---|---|
| VASQUEZ-MATEO, HILDA | A# 206005277 |
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws.  Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear<br><br>Name R. Paul Morrow randy.p.morrow@ice.dhs.gov<br><br>Title   Assistant Field Office Director<br><br>Address 181 James Drive West<br>          St. Rose, Louisiana 70087<br><br>Telephone Number (504) 329-2149 | (B) Date  04/14/2026<br><br><br><br>(C) Time  5:00    ☐ a.m. ☒ p.m. |
|---|---|

**4. Records required to be produced for inspection**

(A) Documents sufficient to show the following for VASQUEZ-MATEO, HILDA: home address; employment address; country of birth; date of birth; Information obtained from identification documents (the drivers license number and state, foreign identification document card number and country, passport number and country); copies of all documents on their person when arrested; bond information to include obligor name and address; FBI number; Emergency Contact name, address and telephone number (Related to OPSO AS400 data fields 108/118/121/141/143/144/149/184/186/1160/100/342/357/954/966/47/1157/1159/1160/313);

(B) Documents to show the criminal charge related to VASQUEZ-MATEO, HILDA's detention in the Orleans Parish Prison on or about 9/7/2025 for the charge of NEGLIGENT HOMICIDE and SECOND DEGREE CRUELTY TO JUVENILES, under Booking Number 360022502093 including arrest report or "gist," booking sheets, booking photos, probable cause statements, release agreements, and bond or surety documents.



| 5. Authorized Official |
|---|
| BRIAN S ACUNA  Digitally signed by BRIAN S ACUNA<br>Date: 2026.03.23 08:30:17 -05'00' |
| (Signature) |
| Brian Acuna |
| (Printed Name) |
| DFOD |
| (Title) |
| 03/23/2026 |
| (Date) |

| If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3. |
|---|

DHS Form I-138 (6/09)

CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___3/23/2026___ , I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

_In Person_

(Details of how service was effected)

_M. K. Bo_

(Signature of Official Serving Subpoena)

_Mayo K. Bonnet_

(Printed Name of Official Serving Subpoena)

_SDDO_

(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature

Title _Legal Department_    Date _3/23/26_    Time _1338_  ☐ a.m.  ☑ p.m.

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br><br>Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |
|---|---|

| Subpoena Number |
|---|
| |

| 2. In Reference To | |
|---|---|
| CASTILLO-AGUILERA, ARMINDIO JOSE | A# 203615802 |
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear<br><br>Name  R. Paul Morrow  randy.p.morrow@ice.dhs.gov<br><br>Title  Assistant Field Office Director<br><br>Address  181 James Drive West<br>          St. Rose, Louisiana 70087<br><br>Telephone Number  (504) 329-2149 | (B) Date  04/14/2026<br><br><br>(C) Time  5:00    ☐ a.m. ☒ p.m. |
|---|---|

4. Records required to be produced for inspection

(A) Documents sufficient to show the following for CASTILLO-AGUILERA, ARMINDIO JOSE: home address; employment address; country of birth; date of birth; Information obtained from identification documents (the drivers license number and state, foreign identification document card number and country, passport number and country); copies of all documents on their person when arrested; bond information to include obligor name and address; FBI number; Emergency Contact name, address and telephone number (Related to OPSO AS400 data fields 108/118/121/141/143/144/149/184/186/1160/100/342/357/954/966/47/1157/1159/1160/313);

(B) Documents to show the criminal charge related to CASTILLO-AGUILERA, ARMINDIO JOSE's detention in the Orleans Parish Prison on 3/29/2025 for the charge of NEGLIGENT HOMICIDE and RECKLESS OPERATION OF A VEHICLE under Booking Number 360022500737 including arrest report or "gist," booking sheets, booking photos, probable cause statements, release agreements, and bond or surety documents.

|  | 5. Authorized Official<br><br>**BRIAN S ACUNA**  Digitally signed by BRIAN S ACUNA<br>Date: 2026.03.23 08:28:37 -05'00' |
|---|---|
| | (Signature) |
| | Brian Acuna |
| | (Printed Name) |
| | DFOD |
| | (Title) |
| If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3. | 03/23/2026 |
| | (Date) |

DHS Form I-138 (6/09)

## CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___3/23/2026___, I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

_____ In Person _____
(Details of how service was effected)

_____ MsKB _____
(Signature of Official Serving Subpoena)

_____ Mayo K. Bonnet _____
(Printed Name of Official Serving Subpoena)

_____ SDDO _____
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature _____

Title _Legal Department_

Date 7/27/26

Time 1338  ☐ a.m.  ☑ p.m.

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br><br>Jose Fernando ARZU-Osorto,<br>in the care of Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT**<br>**SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |
|---|---|
| Subpoena Number | |

| 2. In Reference To | |
|---|---|
| Jose Fernando ARZU-Osorto | A246 275 075 |
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☒ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☐ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear | (B) Date 04/14/2026 |
|---|---|
| Name R. Paul Morrow randy.p.morrow@ice.dhs.gov<br><br>Title Assistant Field Office Director<br><br>Address 181 James Drive West, St. Rose, Louisiana 70087, and/or video conferencing platform<br><br>Telephone Number (504) 329-2149 | (C) Time 2:30-5:00 ☐ a.m. ☒ p.m. |

4. Records required to be produced for inspection
Identification documents related to ARZU.



| 5. Authorized Official | **BRIAN S ACUNA** Digitally signed by BRIAN S ACUNA<br>Date: 2026.03.23 08:23:03 -05'00' |
|---|---|
| | (Signature) |
| | Brian Acuna |
| | (Printed Name) |
| | DFOD |
| | (Title) |
| | 03/23/2026 |
| | (Date) |

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

DHS Form I-138 (6/09)

CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___3/23/2026___ , I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

_In Person_

(Details of how service was effected)

_Ms K Bo_

(Signature of Official Serving Subpoena)

_Mayo K. Bonnet_

(Printed Name of Official Serving Subpoena)

_SADO_

(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature

JOSÉ FERNANDO ARZU OSORTO

| Title | | Date | Time | |
|---|---|---|---|---|
| | | 03/23/26 | 23 | ☐ a.m.  ☑ p.m. |

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br><br>Armindio Jose CASTILLO-Aguilera,<br>in the care of Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT**<br>**SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |
|---|---|

| Subpoena Number | |
|---|---|

| 2. In Reference To | |
|---|---|
| Armindio Jose CASTILLO-Aguilera | A203 615 802 |
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☒ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☐ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws.  Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear | (B) Date  04/14/2026 |
|---|---|
| Name  R. Paul Morrow randy.p.morrow@ice.dhs.gov<br><br>Title  Assistant Field Office Director<br><br>Address 181 James Drive West, St. Rose, Louisiana 70087, and/or video conferencing platform<br><br>Telephone Number (504) 329-2149 | (C) Time 2:30-5:00 ☐ a.m. ☒ p.m. |

| 4. Records required to be produced for inspection |
|---|
| Identification documents related to CASTILLO. |



If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

| 5. Authorized Official | **BRIAN S ACUNA** Digitally signed by BRIAN S ACUNA<br>Date: 2026.03.23 08:25:22 -05'00' |
|---|---|
| | (Signature) |
| | Brian Acuna |
| | (Printed Name) |
| | DFOD |
| | (Title) |
| | 03/23/2026 |
| | (Date) |

DHS Form I-138 (6/09)

CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___3·23·26___ , I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

_In person_
(Details of how service was effected)

_(signature)_
(Signature of Official Serving Subpoena)

L Sammons 9249
(Printed Name of Official Serving Subpoena)

SDDO
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature _(signature)_

| Title | Date | Time | |
|---|---|---|---|
| | 03/03/26 | 2:31 | ☐ a.m.  ☑ p.m. |

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br><br>Jose VELEZ-HERNANDEZ,<br>in the care of Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |
|---|---|

| Subpoena Number | |
|---|---|

| 2. In Reference To | |
|---|---|
| Jose VELEZ-HERNANDEZ | A220 882 411 |
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☒ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☐ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear<br><br>Name R. Paul Morrow randy.p.morrow@ice.dhs.gov<br><br>Title Assistant Field Office Director<br><br>Address 181 James Drive West, St. Rose, Louisiana 70087,<br>and/or video conferencing platform<br><br>Telephone Number (504) 329-2149 | (B) Date 04/14/2026<br><br><br>(C) Time 2:30-5:00 ☐ a.m. ☒ p.m. |
|---|---|

| 4. Records required to be produced for inspection<br>Identification documents related to Witness. |
|---|



| | 5. Authorized Official **BRIAN S<br>ACUNA** | Digitally signed by BRIAN S ACUNA<br>Date: 2026.03.23 08:29:35 -05'00' |
|---|---|---|
| | (Signature) | |
| | Brian Acuna | |
| | (Printed Name) | |
| | DFOD | |
| If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3. | (Title) | |
| | 03/23/2026 | |
| | (Date) | |

DHS Form I-138 (6/09)

CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on _3·23·26_ , I served this subpoena on the witness named in Block 1 in the following manner:
        (Date)

_in person_
(Details of how service was effected)

_[signature]_
(Signature of Official Serving Subpoena)

_LSammons 9249_
(Printed Name of Official Serving Subpoena)

_SDDO_
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature

_Jose vdez Hernandez_

| Title | Date | Time |
|---|---|---|
| | 03/23/26 | 2330  ☐ a.m.  ☑ p.m. |

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br><br>Teony UMANZOR-JUAREZ,<br>in the care of Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT**<br>**SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |
|---|---|

**Subpoena Number**

| 2. In Reference To | |
|---|---|
| Teony UMANZOR-JUAREZ | A246 673 015 |
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☒ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☐ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear<br><br>Name R. Paul Morrow randy.p.morrow@ice.dhs.gov<br><br>Title  Assistant Field Office Director<br><br>Address 181 James Drive West, St. Rose, Louisiana 70087, and/or video conferencing platform<br><br>Telephone Number (504) 329-2149 | (B) Date 04/14/2026<br><br><br>(C) Time 2:30-5:00 ☐ a.m. ☒ p.m. |
|---|---|

| 4. Records required to be produced for inspection |
|---|
| Identification documents related to Witness. |



| 5. Authorized Official **BRIAN S ACUNA** | Digitally signed by BRIAN S ACUNA<br>Date: 2026.03.23 08:32:49 -05'00' |
|---|---|
| (Signature) | |
| Brian Acuna | |
| (Printed Name) | |
| DFOD | |
| (Title) | |
| 03/23/2026 | |
| (Date) | |

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

DHS Form I-138 (6/09)

CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___3·23·26___ , I served this subpoena on the witness named in Block 1 in the following manner:
    (Date)

in person
(Details of how service was effected)

_____
(Signature of Official Serving Subpoena)

L Sammons 9249
(Printed Name of Official Serving Subpoena)

SDDO
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature
Teony Juarez

| Title | Date | Time |
|---|---|---|
| | 23/23/26 | 2:40  ☐ a.m.  ☑ p.m. |

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | **IMMIGRATION ENFORCEMENT**<br>**SUBPOENA**<br>**to Appear and/or Produce Records**<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |

| Subpoena Number | |
|---|---|

**2. In Reference To**

| CAHUEC-RAMOS, WILLIAM | A# 075289238 |
|---|---|
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear | (B) Date 04/14/2026 |
|---|---|
| Name R. Paul Morrow  randy.p.morrow@ice.dhs.gov | |
| Title  Assistant Field Office Director | |
| Address 181 James Drive West<br>         St. Rose, Louisiana 70087 | (C) Time  5:00    ☐ a.m. ☒ p.m. |
| Telephone Number (504) 329-2149 | |

**4. Records required to be produced for inspection**

(A) Documents sufficient to show the following for CAHUEC-RAMOS, WILLIAM: home address; employment address; country of birth; date of birth; Information obtained from identification documents (the drivers license number and state, foreign identification document card number and country, passport number and country); copies of all documents on their person when arrested; bond information to include obligor name and address; FBI number; Emergency Contact name, address and telephone number (Related to OPSO AS400 data fields 108/118/121/141/143/144/149/184/186/1160/100/342/357/954/966/47/1157/1159/1160/313);

(B) Documents to show the criminal charge related to CAHUEC-RAMOS, WILLIAM's detention in the Orleans Parish Prison on 11/16/2025 and/or 11/30/2025 for the charge of public drunkeness, interfering with a lawful investigation, lewd conduct, and/or multiple municipal attachments under Booking Number 360032505824 and/or 360032506094 including arrest report or "gist," booking sheets, booking photos, probable cause statements, release agreements, and bond or surety documents.



| 5. Authorized Official | |
|---|---|
| **BRIAN S ACUNA** Digitally signed by BRIAN S ACUNA Date: 2026.03.23 08:36:49 -05'00' | |
| (Signature) | |
| Brian Acuna | |
| (Printed Name) | |
| DFOD | |
| (Title) | |
| 03/23/2026 | |
| (Date) | |

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___3·23·26___ , I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

___in person___
(Details of how service was effected)

_____
(Signature of Official Serving Subpoena)

___L Sammons 9249___
(Printed Name of Official Serving Subpoena)

___SDDO___
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature

Title  Legal Department

Date 3/23/26    Time 1342  ☐ a.m.  ☒ p.m.

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br><br>Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT SUBPOENA**<br>**to Appear and/or Produce Records**<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |
|---|---|

| Subpoena Number |
|---|

| 2. In Reference To | |
|---|---|
| Roster of alien inmates in the Orleans Justice Center ("OJC") | 246275075, et al |
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear<br><br>**Name** R. Paul Morrow randy.p.morrow@ice.dhs.gov<br><br>**Title** Assistant Field Office Director<br><br>**Address** 181 James Drive West, St. Rose, Louisiana 70087<br><br>Telephone Number (504) 329-2149 | (B) Date 04/14/2026<br><br>(C) Time 5:00 ☐ a.m. ☒ p.m. |
|---|---|

| 4. Records required to be produced for inspection |
|---|
| A list of all inmates in your custody who have failed to provide verifiable identity documents that correspond with lawful presence in the United States. For this list, please include the following information about the subject: name, date of birth, demographic information, address, FBI number (if applicable), driver's license number (if applicable), state identification card number (if applicable), passport numbers (if available) (Related to OPSO AS400 data fields 108/118/121/141/143/144/149/184/186/1160/100/342/357/954/966/47/1157/1159/1160/313);. |



| 5. Authorized Official | **BRIAN S ACUNA** Digitally signed by BRIAN S ACUNA Date: 2026.03.23 08:35:31 -05'00' |
|---|---|
| | (Signature) |
| | Brian Acuna |
| | (Printed Name) |
| | DFOD |
| | (Title) |
| | 03/23/2026 |
| | (Date) |

| If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3. |
|---|

DHS Form I-138 (6/09)

CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___3·23·26___ , I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

In person
(Details of how service was effected)

_____
(Signature of Official Serving Subpoena)

L Sammons 9249
(Printed Name of Official Serving Subpoena)

SDDO
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature _____

Title  Legal Department

Date 3/23/26

Time 1341 ☐ a.m.  ☒ p.m.

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code)<br><br>Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |
|---|---|

Subpoena Number

| 2. In Reference To | |
|---|---|
| ARZU-OSORTO, JOSE FERNANDO | A# 246275075 |
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws.  Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear<br><br>Name  R. Paul Morrow  randy.p.morrow@ice.dhs.gov<br><br>Title   Assistant Field Office Director<br><br>Address 181 James Drive West<br>        St. Rose, Louisiana 70087<br><br>Telephone Number (504) 329-2149 | (B) Date  04/14/2026<br><br><br>(C) Time  5:00    ☐ a.m. ☒ p.m. |
|---|---|

**4. Records required to be produced for inspection**

(A) Documents sufficient to show the following for ARZU-OSORTO, JOSE FERNANDO: home address; employment address; country of birth; date of birth; Information obtained from identification documents (the drivers license number and state, foreign identification document card number and country, passport number and country); copies of all documents on their person when arrested; bond information to include obligor name and address; FBI number; Emergency Contact name, address and telephone number (Related to OPSO AS400 data fields 108/118/121/141/143/144/149/184/186/1160/100/342/357/954/966/47/1157/1159/1160/313);

(B) Documents to show the criminal charge related to ARZU-OSORTO, JOSE FERNANDO's detention in the Orleans Parish Prison on 5/29/2025 for the charge of armed robbery, under Booking Number 360032502880 including arrest report or "gist," book sheets, booking photos, probable cause statements, release agreements, and bond or surety documents.

| | 5. Authorized Official |
|---|---|
| (U.S. Department of Homeland Security seal) | **BRIAN S ACUNA**  Digitally signed by BRIAN S ACUNA<br>Date: 2026.03.23 08:24:37 -05'00' |
| | (Signature) |
| If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3. | Brian Acuna |
| | (Printed Name) |
| | DFOD |
| | (Title) |
| | 03/23/2026 |
| | (Date) |

DHS Form I-138 (6/09)

### CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on 3-23-26 , I served this subpoena on the witness named in Block 1 in the following manner:

(Date)

_In person_

(Details of how service was effected)

_L. Sammons_

(Signature of Official Serving Subpoena)

Sammons 9249

(Printed Name of Official Serving Subpoena)

SDDO

(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature _Juan_

| Title _Legal Department_ | Date 3/23/26 | Time 1341 ☐ a.m. ☒ p.m. |

DHS Form I-138 (6/09)

| 1. To (Name, Address, City, State, Zip Code) | DEPARTMENT OF HOMELAND SECURITY |
|---|---|
| Susan Hutson, Sheriff<br>Orleans Parish Sheriff's Office<br>2800 Perdido Street, Building A<br>New Orleans, Louisiana 70119 | **IMMIGRATION ENFORCEMENT**<br>**SUBPOENA**<br>to Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R. § 287.4 |

| Subpoena Number | |
|---|---|

**2. In Reference To**

| ARZU-GAMBOA, ERIC | A# 213329242 |
|---|---|
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this subpoena upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

(A) ☐ **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official named in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2.

(B) ☒ **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS Official named in Block 3 at the place, date, and time specified.

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws.  Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP, ICE or USCIS Official before whom you are required to appear | (B) Date  04/14/2026 |
|---|---|
| Name R. Paul Morrow randy.p.morrow@ice.dhs.gov<br><br>Title  Assistant Field Office Director<br><br>Address 181 James Drive West<br>        St. Rose, Louisiana 70087<br><br>Telephone Number (504) 329-2149 | (C) Time  5:00    ☐ a.m. ☒ p.m. |

**4. Records required to be produced for inspection**

(A) Documents sufficient to show the following for ARZU-GAMBOA, ERIC: home address; employment address; country of birth; date of birth; Information obtained from identification documents (the drivers license number and state, foreign identification document card number and country, passport number and country); copies of all documents on their person when arrested; bond information to include obligor name and address; FBI number; Emergency Contact name, address and telephone number (Related to OPSO AS400 data fields 108/118/121/141/143/144/149/184/186/1160/100/342/357/954/966/47/1157/1159/1160/313);

(B) Documents to show the criminal charge related to ARZU-GAMBOA, ERIC's detention in the Orleans Parish Prison on or about 11/11/2024 for the charge of violation of a protective order, bench warrant for domestic abuse aggravated assault charges, and stalking, under Booking Number 360022402543 including arrest report or "gist," booking sheets, booking photos, probable cause statements, release agreements, and bond or surety documents.



| 5. Authorized Official |
|---|
| BRIAN S ACUNA  Digitally signed by BRIAN S ACUNA<br>Date: 2026.03.23 08:27:11 -05'00' |
| (Signature) |
| Brian Acuna |
| (Printed Name) |
| DFOD |
| (Title) |
| 03/23/2026 |
| (Date) |

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official identified in Block 3.

DHS Form I-138 (6/09)

CERTIFICATE OF SERVICE AND ACKNOWLEDGMENT OF RECEIPT

**A. CERTIFICATE OF SERVICE**

I certify that on ___3/23/2026___ , I served this subpoena on the witness named in Block 1 in the following manner:
(Date)

_In Person_
(Details of how service was effected)

_[signature]_
(Signature of Official Serving Subpoena)

_Mayo K. Bonnet_
(Printed Name of Official Serving Subpoena)

_SDDO_
(Title of Official Serving Subpoena)

**B. ACKNOWLEDGMENT OF RECEIPT**

I acknowledge receipt of a copy of the subpoena on the front of this form.

Signature  _[signature]_

Title  _Legal Department_

Date  3/23/26

Time  1339  ☐ a.m.  ☒ p.m.

DHS Form I-138 (6/09)